## KERCHAVAL *v.* THE STATE.

APPEAL from the Hamilton Common Pleas.

PETTIT, C. J.—The transcript is not verified by the seal of the court below, nor is there any assignment of error of which we can take notice, the assignments being only causes for a new trial in the court below, and there being no assignment for overruling a motion for a new trial.

The appeal is dismissed, at the costs of the appellant.

*D. Moss* and *F. M. Trissal*, for appellant.

*J. C. Denny*, Attorney General, for the State.

# CASES

## ARGUED AND DETERMINED

### IN THE

# SUPREME COURT OF JUDICATURE

### OF THE

# STATE OF INDIANA,

## AT INDIANAPOLIS, MAY TERM, 1873, IN THE FIFTY-SEVENTH YEAR OF THE STATE.